# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DEAN C. RODRIGUEZ, | ) CV 10-8142-GHK (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| MATTHEW CATE, Secretary of the Dept. Of Corrections, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: 6/26/12

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE